AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATOINAL PROGRAMMING FOUNDATION, INC.

v.

SPRINT CORPORATION and AMERICAN TELECASTING OF LITTLE ROCK, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 202 T

TO: (Name and address of defendant)

American Telecasting of Little Rock, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 5/10/05

AO 440 (Rev. 10/93) *Summons in a Civil Action*

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Return unexecuted: ____________________

☐ Other *(specify)*: ____________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
*Date* *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | : | |
| Plaintiff, | : | |
| v. | : | No. 05-202-T |
| SPRINT CORPORATION and AMERICAN TELECASTING OF LITTLE ROCK, INC., | : | |
| Defendants. | : | |

**AFFIDAVIT OF SERVICE**

I, Mark A. Pogue, attorney for North American Catholic Education Programming Foundation, hereby certify that a copy of the summons and complaint was served on the defendant American Telecasting of Little Rock, Inc. by certified mail, return receipt requested, on August 11, 2005, as evidenced by the attached return receipt.

Mark A. Pogue (3441)
EDWARDS & ANGELL
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Subscribed and sworn to before me under the penalties of perjury this 19th day of August, 2005.

Notary Public
My Commission Expires: 10/30/2007

PRV_749938_1/MPOGUE

2. Article Number

7160 3901 9844 4624 4048

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

The Prentice Hall Corporation System, Inc.
120 E. Fourth Street
Little Rock, AR 72201

M. Pogue 26[illegible]

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) [illegible]

B. Date of Delivery

C. Signature

X [illegible]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS AUG 2005

PS Form 3811, July 2001 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

LITTLE ROCK AR 72
PM
2005

First-Class Mail
Postage & Fees Pai
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

Mark A. Pogue, Esq.
Edwards and Angell
2800 Financial Plaza
Providence, RI 02903

26J

02903/2407