UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | : | |
| Plaintiff, | : | |
| v. | : | No. 05-202-T |
| SPRINT CORPORATION and AMERICAN TELECASTING OF LITTLE ROCK, INC., | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R. Civ. P. 41(a), plaintiff hereby dismisses this case.

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06